UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN REED,                                    No. 2:19-cv-0275 AC P

        Plaintiff,

    v.                                         ORDER

ROBERT W. FOX, et al.,

        Defendants.

Plaintiff has filed a motion for an extension of time, to file an amended complaint.[1] See ECF No. 12. In support of the motion, plaintiff states that he is unable to go to the prison law library because he is currently on medical quarantine. See id.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 12) is GRANTED, and

2. Plaintiff shall have up to and including June 14, 2021, within which to file an amended complaint.

DATED: April 29, 2021

_Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] June 13, 2021, is the date plaintiff has requested to file an amended complaint. See ECF No. 12. However, because this date falls on a Sunday, the due date for the amended complaint will be Monday, June 14, 2021. See Fed. R. Civ. P. 6(a)(1)(C).