UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN REED,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBERT W. FOX, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-0275 AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 28, 2021, the court screened plaintiff's complaint and determined that some of the claims therein were not cognizable. See generally ECF No. 16. As a result, plaintiff was given the option either to amend the complaint or to proceed solely on the viable claims. See id. at 5-9. He was given fourteen days to notify the court of his decision. See id. at 7-8.

On June 16, 2021, plaintiff gave notice that he wishes to amend the complaint. See ECF No. 16. Therefore, plaintiff will be directed to file a first amended complaint within thirty days.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file a first amended complaint.

Plaintiff is warned that failure to timely comply with this order may result in a recommendation that this action be dismissed.

DATED: June 28, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE