UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN REED,<br><br>              Plaintiff,<br><br>     v.<br><br>ROBERT W. FOX, et al.,<br><br>              Defendants. | No.  2:19-cv-0275 AC P<br><br><br>ORDER |

Plaintiff has filed a motion for a thirty-day extension of time to file a second amended complaint.  ECF No. 21.  In support of the motion, plaintiff states that due to the COVID-19 pandemic, his access to the prison law library has been limited.  See id.  However, since the filing of the extension request, plaintiff has filed his second amended complaint.  See ECF No. 22.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time (ECF No. 21) is DENIED as moot.

DATED: August 5, 2021

_allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE