UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN REED, | No. 2:19-cv-0275 AC P |
| Plaintiff, | |
| v. | ORDER |
| ROBERT W. FOX, et al., | |
| Defendants. | |

      Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief under 42 U.S.C. § 1983 and the Americans with Disabilities Act. The matter has been referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. No defendant has been served. An original and first amended complaint were screened pursuant to 28 U.S.C. § 1915A and found not to state a claim for relief; on both occasions, plaintiff was granted leave to amend. ECF Nos. 9, 16. His Second Amended Complaint, ECF No. 22, is now before the court.

      Upon review of the Second Amended Complaint, the court finds that the interests of justice will be served by the appointment of counsel for the limited purpose of filing a third amended complaint on plaintiff's behalf. This case presents factual and legal complexities that would benefit from the presentation of claims by counsel. The court finds that this case presents exceptional circumstances that warrant appointment of counsel under 28 U.S.C. § 1915(d), for the limited purpose of preparing and filing a pleading that satisfies the requirements of the Federal

Rules of Civil Procedure and applicable law.

Accordingly, IT IS HEREBY ORDERED that:

1. The Second Amended Complaint will be disregarded;

2. The temporary appointment of counsel in this matter is warranted for the limited purpose of filing a Third Amended Complaint on plaintiff's behalf; and

3. Sujean Park, the court's Alternative Dispute Resolution and Pro Bono Program Coordinator, is directed to locate counsel willing to accept temporary appointment to this matter for the limited purpose of filing a third amended complaint and to inform the court directly when this has been done. Once counsel has been located, the court will issue a limited purpose appointment order.

DATED: September 1, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE