UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN REED, | No. 2:19-cv-0275 AC P |
| Plaintiff, | |
| v. | ORDER APPOINTING <u>LIMITED PURPOSE COUNSEL</u> |
| ROBERT W. FOX, et al., | |
| Defendants. | |

     Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief under 42 U.S.C. § 1983 and the Americans with Disabilities Act. The court has found the appointment of counsel for plaintiff is warranted for the limited purpose of drafting and filing a third amended complaint. ECF No. 25. Oscar D. Lopez and Aaron J. Fischer have been selected from the court's pro bono attorney panel to represent plaintiff for this limited purpose and have agreed to be appointed.

     Accordingly, IT IS HEREBY ORDERED that:

1. Oscar D. Lopez and Aaron J. Fischer are appointed as limited purpose counsel in the above-entitled matter. This appointment is for the limited purpose of investigating the claim, then drafting and filing the third amended complaint. The amended complaint shall be filed within 120 days from the date of this order.

2. Absent further order of the court, Oscar D. Lopez and Aaron J. Fischer's appointment will terminate thirty days after plaintiff's third amended complaint is filed, or a notice that an amended complaint would not be appropriate is filed.

3. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if they have any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Oscar D. Lopez, Disability Rights California, 350 South Bixel St., Suite 290, Los Angeles, CA 90017 and Aaron J. Fischer, Law Office of Aaron J. Fischer, 2001 Addison St., Suite 300, Berkeley, CA 94704.

DATED: October 20, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE