IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN REED

Plaintiff(s)

vs.

ROBERT W. FOX, et al.,

Defendants.

_____/

No. 2:19-cv-0275 AC P

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Oscar Lopez , attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on October 20, 2021 , by the Honorable Allison Claire , United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

An in-person meeting with Mr. Kevin Reed to discuss the facts in his matter, review records, and generally build rapport with him in a confidential setting. We will also follow-up with Mr. Reed regarding records releases and a retainer agreement.

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 132.96 .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:19-cv-0275 AC P

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 23 day of November , 20 21 , at Oakland , California.

Attorney for Plaintiff(s)

The above expenditure is ___X___ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: __December 1, 2021_____

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE