UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN REED,<br><br>            Plaintiff,<br><br>     v.<br><br>ROBERT FOX, et al.,<br><br>            Defendants. | No.  2:19-cv-0275 AC P<br><br><br>ORDER |

   Plaintiff, a state prisoner proceeding in forma pauperis, seeks relief under 42 U.S.C. § 1983; the Americans with Disabilities Act, 42 U.S.C. § 12101; Section 504 of the Rehabilitation Act of 1973, and other state and federal law. See ECF No. 28.  The matter was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On October 20, 2021, the court appointed Attorney Aaron J. Fischer and Attorney Oscar D. Lopez as counsel to plaintiff for the limited purpose of investigating plaintiff's case and drafting plaintiff's third amended complaint.  ECF No. 26.  Since then, counsel for plaintiff have filed the third amended complaint; the complaint has been served; defendants have waived service of process, and the matter has been referred to the court's post-screening Alternative Dispute Resolution Project ("ADR Project").  See ECF Nos. 28, 30, 35, 36.

////

////

1

The proceedings are currently stayed, and the parties should be in the process of determining whether they wish to opt out of the ADR Project settlement negotiations.[1] Although the tasks for which Attorneys Fischer and Lopez were appointed have been completed, on June 24, 2022, Sujean Park, the court's ADR and Pro Bono Program Coordinator, informed the court that counsel are willing to continue to represent plaintiff during the ADR Project settlement negotiations. The court will therefore order that their limited appointment be extended for this sole purpose. Consistent with this order, counsel for defendants will also be directed to contact Attorneys Fischer and Lopez to discuss any settlement negotiations during the opt out period.

Accordingly, IT IS HEREBY ORDERED that:

1. The limited appointment of Attorney Aaron J. Fischer and Attorney Oscar D. Lopez for plaintiff (ECF No. 26) is hereby EXTENDED for the sole purpose of assisting plaintiff with ADR Project settlement negotiations, and

2. During the settlement negotiation period, counsel for defendants is directed to contact Attorneys Fischer and Lopez instead of plaintiff when conducting settlement discussions.

DATED: June 27, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] On June 22, 2022, at defendants' request, the opt out period was extended an additional sixty days to August 23, 2022. ECF Nos. 39, 40.