UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN REED, | No. 2:19-cv-0275 AC P |
| Plaintiff, | |
| v. | ORDER |
| ROBERT FOX, et al., | |
| Defendants. | |

Before this court is defendants' request for an extension of time. ECF No. 44. Plaintiff is represented by limited purpose appointed counsel. ECF No. 41.

For the reasons stated below, the motion will be granted, and the parties will be given until September 20, 2022, either to schedule a settlement conference hearing with the assigned settlement judge or to opt out of the Post-Screening ADR Project ("ADR") proceedings.

On May 24, 2022, the court referred this case to ADR. ECF No. 36. At that time, this matter was stayed for 120 days, and defendants were ordered to file any motion to opt out of ADR within thirty days. Id. at 2. Thereafter, on June 21, 2022, defendants filed a motion for a sixty-day extension of time to opt out of ADR. ECF No. 39. The motion was granted, and defendants' opt out motion, if any, was to be filed no later than August 23, 2022. ECF No. 40.

To date, defendants have not filed a motion to opt out of ADR, nor has a settlement conference date been scheduled with the assigned settlement judge. Although defendants state in

1

the instant motion that they do not intend to opt out and that they are currently in the process of scheduling a settlement conference date with the assigned settlement judge (ECF No. 44 at 1), other than the 120-day stay of these proceedings – which will come to an end in approximately twenty days (see ECF No. 36 at 2-3) (120-day stay beginning 5/23/22, making end-of-stay date 9/20/22) – there remain no court ordered dates on the calendar that will serve to ensure the continued advancement of these proceedings at a reasonable pace.

For these reasons, defendants' motion for an extension of time will be granted. The parties will be given until September 20, 2022, either to schedule a settlement conference hearing with the assigned settlement judge or, if need be, to opt out of ADR. If a settlement conference is scheduled to take place after September 20, 2022, defendants will be immediately required to file a motion to extend the 120-day stay period to the end of the scheduled settlement conference hearing date.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion for an extension of time (ECF No. 44) is GRANTED;

2. The parties shall have until September 20, 2022, either to schedule a settlement conference hearing with the assigned settlement judge or to opt out of the Alternative Dispute Resolution Project, and

3. If the parties schedule a settlement conference with the assigned settlement judge, should the calendared hearing date extend beyond the current September 20, 2022, end-of-stay date, defendants must immediately file a motion to extend the stay period to the end of the settlement hearing date.

DATED: August 31, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE