IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN REED,** | Case No. 2:19-cv-00275 AC P |
| Plaintiff, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **ROBERT FOX, et al.,** | |
| Defendants. | |

    Defendants request a continuance of the stay in this matter, currently set to expire on September 20, 2022, to November 16, 2022.  Good cause appearing, it hereby ordered that:  The stay in this matter, currently set to expire on September 20, 2022, is extended until the end of the settlement conference on November 16, 2022.

    IT IS SO ORDERED.

DATED:  September 9, 2022.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE