UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN REED, | No. 2:19-cv-0275 AC P |
| Plaintiff, | |
| v. | ORDER |
| ROBERT FOX, et al., | |
| Defendants. | |

Plaintiff has filed a motion for the extended appointment of counsel. ECF No. 56. Upon review of the motion, which was filed on plaintiff's behalf by Attorneys Oscar Lopez, Aaron Fischer,[1] and Mark Zambarda (see ECF No. 56), the documents on file, and good cause appearing therefor, the court finds as follows:

The tasks for which Attorneys Lopez and Fischer were appointed have been completed. They, along with Attorney Mark Zambarda of King & Spalding LLP, have stated that they are now willing to represent plaintiff in opposing any dispositive pretrial motions, including motions to dismiss or motions for summary judgment. ECF No. 56 at 3. They are also willing to assist plaintiff with the completion of his discovery in this matter. Id.

---

[1] On October 20, 2021, Attorneys Lopez and Fischer were appointed as limited purpose counsel. ECF No. 26. On June 27, 2022, their representation was extended to assist plaintiff with ADR settlement negotiations. ECF No. 41. On December 5, 2022, the case did not settle. See generally ECF No. 54 (settlement judge's minute order).

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The motion for the appointment of counsel filed by plaintiff (ECF No. 56) is GRANTED;

3    2.  Attorney Oscar Lopez's and Attorney Aaron Fischer's current limited appointments through the court's Alternative Dispute Resolution and Pro Bono Programs (see ECF No. 41) are EXTENDED solely for the purpose of representing plaintiff throughout the remainder of the discovery phase of these proceedings and of opposing any dispositive pretrial motions;

4    3.  Attorney Mark Zambarda is also appointed through the programs referenced herein to represent plaintiff for the same limited purposes; and

5    4.  The Clerk of Court shall add Attorney Mark Zambarda's name to the case caption of the docket as counsel for plaintiff.

DATED: January 30, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE