Aaron J. Fischer, SBN No. 247391
ajf@aaronfischerlaw.com
LAW OFFICE OF AARON J. FISCHER
1400 Shattuck Avenue, Suite 12 - #344
Berkeley, CA 94709
Tel: (510) 806-7366

*Attorneys for Plaintiff*
(*Additional Counsel for Plaintiff listed on following page*)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN REED,<br><br>   Plaintiff,<br><br>   vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; ROBERT W. FOX, Warden of California Medical Facility; DANIEL E. CUEVA, California Medical Facility Chief Deputy Warden; CHERITA E. WOFFORD, California Medical Facility ADA Associate Warden; DANIEL Y. HURLEY, California Medical Facility Associate Warden; NOEL G. DIZON, California Medical Facility custodial officer; USHA P. PAI, California Medical Facility Physician and Surgeon; JOSEPH BICK, California Medical Facility Chief Medical Executive; JOAN GERBASI, California Medical Facility Chief Executive Officer; JOANNY L. TAN, California Medical Facility nurse; MADHU CHAWLA, California Medical Facility nurse; WILLIAM J. RUSSELL, California Medical Facility Building Trades Supervisor; HANK BLANK, California Medical Facility Correctional Plant Supervisor; DENNIS HOUSE, California Medical Facility Plant Operations Worker; and DOES 1-15;<br><br>   Defendants. | CASE NO.: 2:19-cv-0275 AC P<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br><br>Date:   March 29, 2023<br>Time:   10:00 a.m.<br>Ctrm:    26, 8th floor<br>Before: Hon. Allison Claire |

1

Oscar Daniel Lopez, SBN No. 297527
oscar.lopez@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
350 S. Bixel Street, Suite 290
Los Angeles, CA 90017
Tel.: (213) 213-8171

Mark Zambarda, SBN No. 314808
MZambarda@KSLAW.com
King & Spalding LLP
1401 Lawrence Street, Suite 1900
Denver, CO 80202
Tel.: (720) 535-2315

*Attorneys for Plaintiff*

This Stipulation is hereby entered into by and between Kevin Reed ("Plaintiff") and the California Department of Corrections and Rehabilitation, Bick, Blank, Chawla, Cueva, Dizon, Fox, Gerbasi, House, Hurley, Pai, Russell, Snelling, and Tan ("Defendants") (collectively referred to as the "Parties"), by and through their respective counsel of record, as follows:

**WHEREAS**, on February 21, 2023, Defendants filed a Motion to Dismiss. ECF No. 58.

**WHEREAS**, the current deadline for Plaintiff's Opposition is March 7, 2023, the deadline for Defendants' Reply is March 17, 2023, and the proposed hearing date is March 29, 2023, at 10:00 a.m.

**WHEREAS**, the Parties agree to postpone the proposed hearing and modify the current briefing schedule on Defendants' Motion to Dismiss so that Plaintiff, who is currently incarcerated, may have sufficient time to confer with his counsel.

**NOW, THEREFORE, IT IS HEREBY STIPULATED**, as follows:

1. Plaintiff's Opposition shall be filed no later than April 4, 2023.

2. Defendants' Reply shall be filed no later than April 18, 2023.

3. The proposed hearing set for March 29, 2023, shall be vacated and reset for April 26, 2023, at 10:00 a.m., or as soon thereafter as the Court's schedule will allow.

The Parties respectfully request that the Court approve the foregoing deadlines in the Proposed Order below.

//
//
//
//

Dated: February 27, 2023        Respectfully submitted,

                                          DISABILITY RIGHTS CALIFORNIA

                                          */s/ Oscar D. Lopez*
                                          Oscar Daniel Lopez
                                          Counsel for Plaintiff

                                          THE LAW OFFICE OF AARON J. FISCHER

                                          */s/ Aaron J. Fischer (as authorized on 2/27/23)*
                                          Aaron J. Fischer
                                          Counsel for Plaintiff

                                          KING & SPALDING LLP

                                          */s/ Mark Zambarda (as authorized on 2/27/23)*
                                            Mark Zambarda
                                          Counsel for Plaintiff

                                          ROB BONTA
                                          Attorney General of California
                                          JON S. ALLIN
                                          Supervising Deputy Attorney General

                                          */s/ Jeremy Duggan (as authorized on 2/27/23)*
                                          JEREMY DUGGAN
                                          Deputy Attorney General
                                          Counsel for Defendants

## **SIGNATURE ATTESTATION**

    The e-filing attorney hereby attests that concurrence in the content of the document and authorization to file the document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this e-file document.

Dated: February 27, 2023        */s/ Oscar D. Lopez*
                                                      Oscar Daniel Lopez

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 28, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE