# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

KEVIN REED,                                         No. 2:19-cv-0275 AC P

      Plaintiff,

  v.

ROBERT FOX, et al.,

      Defendants.                              **ORDER & WRIT OF HABEAS CORPUS
                               AD TESTIFICANDUM**

_____/

Kevin Reed, CDCR # AN-4611, a necessary and material witness in a hearing in this case on
April 26, 2023, is confined in the California Health Care Facility (CHCF) in the custody of the
Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus
ad Testificandum issue commanding the custodian to produce the inmate before Magistrate
Judge Allison Claire, by Zoom video conference from his place of confinement, on Wednesday,
April 26, 2023, at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court,
   commanding the Warden to produce the inmate named above, by Zoom video
   conference, to participate in a hearing at the time and place above, until completion of the
   hearing or as ordered by the court.  Zoom video conference connection information will
   be supplied via separate e-mail.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is
   ordered to provide the new custodian with a copy of this writ.

3. The Clerk of Court is directed to serve a copy of this order via fax on the Litigation
   Office at the California Health Care Facility at (209) 467-2676 or via e-mail.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported
   to Jonathan Anderson, Courtroom Deputy, at janderson@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, CHCF, 7707 Austin Road, Stockton, California 95215:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Claire at the
time and place above, by Zoom video conference, until completion of the hearing or as ordered
by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: April 24, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE