UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN REED, | No. 2:19-cv-00275-DJC-AC |
| Plaintiff, | |
| v. | ORDER |
| ROBERT FOX, et al., | |
| Defendants. | |

       Plaintiff is a state prisoner proceeding through appointed counsel in this civil rights action filed pursuant to 42 U.S.C. § 1983. By order dated March 27, 2024 defendants' motion to dismiss was granted in part and denied in part. ECF No. 73. Plaintiff was granted limited leave to amend the third amended complaint within 30 days. ECF No. 73. Before the deadline to file an amended complaint expired, plaintiff filed a motion for an initial scheduling conference that is currently pending before the court. ECF No. 74. In the motion, plaintiff indicates that he has elected not to file a fourth amended complaint. ECF No. 74. After consulting with opposing counsel, plaintiff requests an initial scheduling conference be set in this case on or after May 16, 2024.

       In light of the procedural status of this case, the court concludes that a scheduling conference may be unnecessary. Instead, the parties are directed to meet and confer for the purpose of submitting to the court a joint proposed scheduling order, if possible, that will govern

the discovery and scheduling matters in this case.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an initial scheduling conference (ECF No. 74) is denied without prejudice.
2. The parties are directed to meet and confer within 21 days from the date of this order to determine: a) a discovery plan and its schedule, including the disclosure of any expert witnesses; b) appropriate cut-off dates for discovery and law and motions; c) any modifications of the standard pretrial procedures due to the simplicity or complexity of this case; and, d) any other matters that may add to the just and expeditious disposition of this matter.
3. Within 30 days from the date of this order, the parties shall submit to the court a joint proposed scheduling order, if possible, or separate scheduling order statements with proposed deadlines and the basis for any disagreement between the parties as to scheduling.
4. Following the expiration of these deadlines, the court will issue a Discovery and Scheduling Order based on the papers submitted by the parties unless a scheduling conference is deemed necessary.

DATED: May 6, 2024

*[signature]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE