UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KEVIN REED,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; NOEL G. DIZON, California Medical Facility custodial officer; USHA P. PAI, California Medical Facility Physician and Surgeon,<br><br>　　　　　　　　　Defendants. | CASE NO.: 2:19-cv-0275 DJC-AC<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR APPOINTMENT OF PRO BONO COUNSEL**<br><br><br>Judge: Hon. Daniel J. Calabretta<br>Courtroom: 10, 13th Floor |

Before the Court is attorney Sneha Banerjee, of King & Spalding LLP, request to be appointed Plaintiff's counsel for the limited purpose of representing Plaintiff in opposing any dispositive pretrial motions, including motions to dismiss or motions for summary judgment, as well as completing discovery in this matter. Attorney Banerjee requests that the Court order her limited appointment for this purpose through the Court's ADR and Pro Bono Program.

Attorneys Oscar Lopez, Aaron Fischer, and Mark Zambarda (*see* ECF No. 56) will also continue as attorneys for Plaintiff.

Accordingly, IT IS HEREBY ORDERED that:

1. The request for appoint of Attorney Sneha Banerjee (ECF No. 80) is GRANTED.

2. Attorney Sneha Banerjee's limited appointments through the court's Alternative Dispute Resolution and Pro Bono Programs (see ECF No. 41) are solely for the limited purpose of representing plaintiff throughout the remainder of the discovery phase of these proceedings and of opposing any dispositive pretrial motions;

3. Attorney Sneha Banerjee is also appointed through the programs referenced herein to represent plaintiff for the same limited purposes; and

4. The Clerk of Court shall add Attorney Sneha Banerjee's name to the case caption of the docket as counsel for plaintiff.

**IT IS SO ORDERED.**

Dated: August 23, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE