ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
JEREMY DUGGAN, State Bar No. 229854
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-6008
  Fax:  (916) 324-5205
  E-mail:  Jeremy.Duggan@doj.ca.gov
*Attorneys for Defendants
California Department of Corrections and
Rehabilitation, Dizon, and Pai*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KEVIN REED,** | 2:19-cv-00275 AC |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME AND [PROPOSED] ORDER** |
| v. | Action Filed:  February 13, 2019 |
| **ROBERT FOX, et al.,** | |
| Defendants. | |

1

The parties stipulate, under Local Rule 144(a), to an extension of time for Defendant California Department of Corrections and Rehabilitation to respond to Plaintiff's first set of requests for production of documents, served August 15, 2024.  Defendant shall have until September 30, 2024 to serve written responses to those requests.

Dated:  August 29, 2024

KING & SPALDING LLP

*/s/ Mark Zambarda (as authorized 8/29/24)*

MARK ZAMBARDA
*Attorneys for Plaintiff Kevin Reed*

Dated:  August 29, 2024

ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

*/S/ JEREMY DUGGAN*
Deputy Attorney General
*Attorneys for Defendants*
*California Department of Corrections and Rehabilitation, Dizon, and Pai*

IT IS SO ORDERED

Dated: September 10, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

SA2022302078
38378749.docx