1 | ROB BONTA, State Bar No. 202668
Attorney General of California
2 | JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
3 | JEREMY DUGGAN, State Bar No. 229854
Deputy Attorney General
4 |  1300 I Street, Suite 125
 P.O. Box 944255
5 |  Sacramento, CA 94244-2550
 Telephone:  (916) 210-6008
6 |  Fax:  (916) 324-5205
 E-mail:  Jeremy.Duggan@doj.ca.gov
7 | *Attorneys for Defendants*
*California Department of Corrections and*
8 | *Rehabilitation, Dizon, and Pai*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KEVIN REED,** | 2:19-cv-00275 AC |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME AND [PROPOSED] ORDER** |
| v. | Action Filed:  February 13, 2019 |
| **ROBERT FOX, et al.,** | |
| Defendants. | |

1

The parties stipulate, under Local Rule 144(a), to an extension of time for Defendant California Department of Corrections and Rehabilitation to respond to Plaintiff's first set of interrogatories, served September 16, 2024.  Defendant shall have until November 5, 2024 to serve written responses to those interrogatories.

Dated:  October 3, 2024

KING & SPALDING LLP

*/s/Mark Zambarda (as authorized 10/2/24)*

MARK ZAMBARDA
*Attorneys for Plaintiff Kevin Reed*

Dated:  October 4, 2024

ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

*/s/Jeremy Duggan*

Deputy Attorney General
*Attorneys for Defendants
California Department of Corrections and Rehabilitation, Dizon, and Pai*

IT IS SO ORDERED

Dated: October 3, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

SA2022302078
38378749.docx