UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN REED,<br><br>   Plaintiff,<br><br>   v.<br><br>ROBERT FOX, et al.,<br><br>   Defendants. | No.  2:19-cv-0275 DJC AC P<br><br>ORDER |

Plaintiff, a state prisoner proceeding in forma pauperis, seeks relief under 42 U.S.C. § 1983; the Americans with Disabilities Act, 42 U.S.C. § 12101; Section 504 of the Rehabilitation Act of 1973, and other state and federal law.  See ECF Nos. 28, 29.  Court appointed attorneys Aaron J. Fischer, Oscar D. Lopez, Mark Zambarda, and Sneha Banerjee currently represent plaintiff for the limited purposes of discovery and dispositive pretrial motions.  See ECF Nos. 57, 81.  Now before the court is the request of attorney Sarah J. Gregory of Disability Rights California to be appointed for the same limited purposes through the court's ADR and Pro Bono Program.  ECF No. 90.

IT IS HEREBY ORDERED that:

1. The request for appointment of Attorney Sarah J. Gregory (ECF No. 90) is granted.

2. Attorney Sarah J. Gregory is appointed through the court's Alternative Dispute Resolution and Pro Bono programs to represent plaintiff for the limited purposes of completing discovery and opposing any dispositive pretrial motions.

3. The Clerk of the Court shall add Attorney Sarah J. Gregory's name to the case caption of the docket as counsel for plaintiff.

DATED: February 21, 2025

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2