UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN REED,<br><br>      Plaintiff,<br><br>   v.<br><br>ROBERT FOX, et al.,<br><br>      Defendants. | No. 2:19-cv-0275 DC AC P<br><br><br>ORDER |

The parties have filed a stipulation to amend the scheduling order and a request to set dates for a dispositive motion hearing and trial. ECF No. 93. The court will grant the stipulation to amend the scheduling order and set a hearing date for dispositive motions. The court, however, will not set a trial date at this time. Trial dates in prisoner cases are set, if necessary, after dispositive motions are resolved.

Accordingly, IT IS HEREBY ORDERED that:

1. The prior scheduling order (ECF No. 78) is modified as follows:

    a. **Fact Discovery**: All fact discovery shall be completed no later than April 29, 2025.

    b. **Initial Expert Disclosure**: The parties shall disclose initial experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than May 20, 2025.

1

    c. **Rebuttal Expert Disclosure**: With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before June 10, 2025.

    d. **Expert Discovery Cut-off**: All expert discovery shall be completed no later than July 8, 2025.

    e. **Motion Filing Deadline**: Dispositive motions shall be filed on or before August 12, 2025, and must be noticed for the hearing to take place on October 1, 2025. Any motion so filed shall be briefed pursuant to Local Rule 230. If a written request for oral argument is filed stating that an attorney four or fewer years out of law school will argue the motion, then the court will hold the hearing. Otherwise, the court may find it appropriate to submit a motion without oral argument.

2. The parties may file a request for further settlement conference at any time during these proceedings.

DATED: March 10, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2