IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN REED
  Plaintiff(s)
vs.
ROBERT W. FOX, et al.,
  Defendant(s)

Case Number 2:19-cv-0275 DJC-AC

REQUEST FOR AUTHORITY TO INCUR PRO BONO COSTS

REQUEST OF PRE-APPROVAL PRO BONO EXPENDITURES

Part I

Complete this form and return it to the court with two copies for approval prior to incurring the cost for which reimbursement is requested.

I, Oscar Lopez attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in the action on Jun 27, 2022, by the Honorable Allison Claire, United States District/Magistrate Judge.

I believe that the following course of action is reasonably necessary to the prosecution of this action:

I am requesting pre-approval for travel for me and Sarah Gregory, Litigation Counsel at Disability Rights California, to conduct a Rule 34 site inspection of the California Medical Facility in Vacaville, CA as part of the discovery process in the above-captioned case. We will need flights from Southern California and a rental car.

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts, or similar documentation. Without such documents, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $574.83. I, therefore, request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 23 day of January, 20 25, at Los Angeles, California.

Attorney for the Plaintiff(s)

Page 1 of 2

Case Number: 2:19-cv-0275 DJC-AC

TO BE COMPLETED BY THE COURT

The following payments of costs have been previously requested and approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $469.37 | Travel | $0 |
| $553.78 | Travel | $0 |
| $225.00 | Research | $0 |
| $132.96 | Travel | $0 |
| | | |
| | | |
| | | |

The above expenditure is ___X___ Approved _____ Denied

Or,

_____ Good cause appearing therefore, the matter is set for discovery conference, pursuant to rule _____, on _____, at _____, in Courtroom number _____.

Dated: March 13, 2025

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE