IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN REED,** | Case No. 2:19-cv-00275 AC |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **ROBERT FOX, et al.,** | |
| Defendants. | |

Having reviewed the Parties' stipulation, the Court amends the schedule in this matter and orders as follows:

1. **Fact Discovery**: All fact discovery shall be completed no later than **May 30, 2025**.

2. **Initial Expert Disclosure**: The parties shall disclose initial experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than **June 20, 2025**.

3. **Rebuttal Expert Disclosure**: With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before **July 10, 2025**.

4. **Expert Discovery cut-off**: All expert discovery shall be completed no later than **August 19, 2025**.

5. **Motion Filing Deadline**: Dispositive motions shall be filed on or before **September 23, 2025.**

6. The parties may file a request for a further settlement conference at any time during these proceedings.

   **IT IS SO ORDERED.**

Dated: April 30, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE