IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN REED,** | Case No. 2:19-cv-00275 AC (PC) |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **ROBERT FOX, et al.,** | |
| Defendants. | |

 Having reviewed the Parties' stipulation, the Court amends the schedule in this matter and orders as follows:

1. **Rebuttal Expert Disclosure**: With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before **November 14, 2025**.

2. **Expert Discovery cut-off**: All expert discovery shall be completed no later than **December 5, 2025**.

3. **Motion Filing Deadline**: Dispositive motions shall be filed on or before **January 23, 2026.** Opposition thereto shall be filed on or before **February 6, 2026**, and replies shall be filed on or before **February 20, 2026.**

4. The parties may file a request for a further settlement conference at any time during these proceedings.

**IT IS SO ORDERED.**

Dated: October 30, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE