IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN REED,**<br>Plaintiff,<br>**v.**<br>**ROBERT FOX, et al.,**<br>Defendants. | Case No. 2:19-cv-00275-DC-AC (PC)<br>**ORDER** |

Having reviewed Defendants' Motion for Administrative Relief to extend the deadline for a medical examination of plaintiff (ECF No. 149), the supplement thereto (ECF No. 151), as well plaintiff's opposition (ECF No. 150), and finding good cause for the requested extension, IT IS HEREBY ORDERED as follows:

1. Defendants' Motion for Administrative Relief, ECF No. 149, is GRANTED, and the deadline for a medical examination of Plaintiff to take place is hereby extended to December 1, 2026;

2. The deadline for Defendants' subsequent expert disclosure, after the medical examination, is hereby extended to December 16, 2026.

Dated: November 12, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE