IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**KEVIN REED,**

Plaintiff,

**v.**

**ROBERT FOX, et al.,**

Defendants.

Case No. 2:19-cv-00275-DC-AC (PC)

**ORDER FOR PHYSICAL EXAMINATION**

Having reviewed Defendants' Motion for Administrative Relief to extend the deadline for a medical examination, the supplement thereto, as well as plaintiff's opposition (ECF Nos. 149-51), IT IS HEREBY ORDERED as follows:

Under Federal Rule of Civil Procedure 35, the medical examination of Plaintiff shall take place on November 19, 2026, at 8:00 a.m. at Glendale Hospital. The examination will be a general physical examination of Plaintiff Kevin Reed's physical condition, including evaluation of any need for medical treatment or amputation of his left leg, and will be performed by Christopher Mikhail, M.D., and may include any tests which are ordinarily deemed a part of a general physical examination. At the time of said examination, Plaintiff shall answer all questions as are necessary to reach an opinion about Plaintiff's medical condition and the cause of the alleged injury.

Defendants shall bear the costs of such examination.

**IT IS SO ORDERED.**

Dated: November 12, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE