IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN REED,**<br>Plaintiff,<br>**v.**<br>**ROBERT FOX, et al.,**<br>Defendants. | Case No. 2:19-cv-00275-DC-AC (PC)<br>**ORDER FOR PHYSICAL EXAMINATION** |

Having reviewed the parties' stipulation, ECF No. 154, and good cause appearing, IT IS HEREBY ORDERED as follows:

Under Federal Rule of Civil Procedure 35, the medical examination of Plaintiff shall take place on November 20, 2026, at 1:00 p.m., at St. Mary Medical Center, Long Beach, California. The examination will be a general physical examination of Plaintiff Kevin Reed's physical condition, including evaluation of any need for medical treatment or amputation of his left leg, and will be performed by Christopher Mikhail, M.D., and may include any tests which are ordinarily deemed a part of a general physical examination. At the time of said examination, Plaintiff shall answer all questions as are necessary to reach an opinion about Plaintiff's medical condition and the cause of the alleged injury.

Defendants shall bear the costs of such examination.

The previous order requiring a medical examination of Mr. Reed at Glendale hospital (ECF No. 153) is hereby vacated.

**IT IS SO ORDERED.**

Dated: November 18, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE